812 A.2d 362

R.C.G. CONSTRUCTION COMPANY, INC., A NEW JERSEY CORPO-
RATION, PLAINTIFF–APPELLANT, v. THE MAYOR AND
COUNCIL OF THE BOROUGH OF KEYPORT; THE BOROUGH
OF KEYPORT, A MUNICIPAL CORPORATION AND CORPO-
RATE BODY POLITIC AND A & K EXCAVATING, L.L.C., A
NEW JERSEY LIMITED LIABILITY COMPANY, DEFEN-
DANTS–RESPONDENTS, AND EMARA CONSTRUCTION CO.,
INC., A NEW JERSEY CORPORATION AND MAHARAJ CON-
STRUCTION, INC., A NEW JERSEY CORPORATION, DEFEN-
DANTS.

Argued October 7, 2002—Decided January 6, 2003.

*Thomas Daniel McCloskey* argued the cause for appellant
(*Greenbaum, Rowe, Smith, Ravin, Davis & Himmel,* attorneys).

*Gordon N. Litwin* argued the cause for respondents Mayor and
Council of the Borough of Keyport and the Borough of Keyport
(*Ansell Zaro Grimm & Aaron,* attorneys; *Mr. Litwin and An-
drew J. Provence,* on the briefs).

*Raymond Springberg* argued the cause for respondent *A & K
Excavation, L.L.C.*

*Steven A. Berkowitz* argued the cause for amici curiae, *Plumb-
ers & Pipefitters Local Union 322 and Plumbers & Pipefitters
Local Union 9.*

PER CURIAM.

The judgment is affirmed, substantially for the reasons ex-
pressed in Judge Havey's opinion of the Appellate Division, re-
ported at 346 *N.J.Super.* 58, 786 *A.2d* 895 (2001).

*For affirmance*—Chief Justice PORITZ and Justices
COLEMAN, LONG, VERNIERO, LaVECCHIA, ZAZZALI and
ALBIN—7.